IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DUANE W. HUTTER,

    Plaintiff,

v.

DANIEL J. DALY, MARK SMITH, JOSEPH BALOG and BRIAN MEISTER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-493-wmc

    This action came for consideration before the court with District William M. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Daniel J. Daly, Mark Smith, Joseph Balog and Brian Meister granting their motions for summary judgment and dismissing this case.

_____      12/21/10
Peter Oppeneer, Clerk of Court           Date